No. 04–10164.  IRVIN v. COLORADO.  Ct. App. Colo.  Certiorari denied.

No. 04–10167.  SHARPLEY v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 04–10168.  ROBERSON v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 04–10169.  ROBINSON v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 04–10170.  LAMKIN v. TEXAS.  Ct. App. Tex., 2d Dist.  Certiorari denied.

No. 04–10172.  DEVER v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 04–10177.  MORROW v. AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS.  C. A. 3d Cir.  Certiorari denied.

No. 04–10183.  VARGAS-DELEON v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 04–10184.  THACKER v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 04–10186.  MORGANS v. WOODFORD, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS.  C. A. 9th Cir.  Certiorari denied.

No. 04–10187.  MCAFEE v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 04–10189.  STEWART v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 04–10191.  CALVIN v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist., Div. 2.  Certiorari denied.

No. 04–10192.  SNYDER v. PLILER, WARDEN.  C. A. 9th Cir.  Certiorari denied.